BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (main)
(916) 554-2900 (facsimile)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COLIN KEITH McELWEE,<br>　　and<br>CLARO GARCIA SOMERA,<br><br>　　　　　　Defendants. | CASE NOS. 2:12-MJ-00063 CKD;<br>　　　　　　2:12-SW-00080 CKD;<br>　　　　　　2:12-SW-00081 CKD<br><br>**ORDER TO UNSEAL CRIMINAL COMPLAINT AND SEARCH AND ARREST WARRANTS** |

The Court hereby orders that the criminal complaint, supporting affidavit, and arrest warrants in criminal case No. 2:12-MJ-00063 CKD, and the search warrants, supporting affidavit, and applications in case Nos. 2:12-SW-00080 CKD and 2:12-SW-00081 CKD, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: March 1, 2012

　　　　　　　　　　　　　　　　　　/s/Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　HON. CAROYN K. DELANEY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge